In the Matter of the Claim of GEORGE J. VANCE, Respondent, for Compensation under the Workmen's Compensation Law, v. PETER A. FRAZEE AND COMPANY, INC., Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Decision amended so as to read as follows: The order heretofore made to send this case back to the Commission for further hearing is revoked, and the case set down for argument on July 2, 1917, at two P. M.

BRUCE NELLIS, Respondent, v. JAY COUNTRYMAN, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, v. THE METROPOLITAN SURETY COMPANY. ROSA KAPPENBERG, as Assignee of JOHN H. H. KAPPENBERG, and ROSA KAPPENBERG, as Temporary Administratrix of the Estate of FREDERIKE HEINDORF, Deceased, Appellants, v. JOHN F. YAWGER, as Receiver of the METROPOLITAN SURETY COMPANY, Respondent.— Motion granted.

EDITH M. ROSE, Respondent, v. TOWN OF CONKLIN, Appellant.— Motion denied.

ELI SIMCOE, Respondent, v. ELLSWORTH GAMBLE, Appellant.— Motion granted. Appeals dismissed, without costs.

WILLIAM F. SNYDER, Respondent, v. EARL MACEY, Appellant.— Judgment and order unanimously affirmed, with costs.

WOOD AND BROOKS COMPANY, Respondent, v. J. E. DAVIS MANUFACTURING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

CORNELIUS F. TIERNEY, Respondent, v. GEORGE W. PERKINS, as President of the CIGARMAKERS' INTERNATIONAL UNION OF AMERICA, Appellant. — Decision amended so as to read as follows: Judgments and order reversed, on law and facts, and new trial granted in the City Court of Albany, with costs to abide the event. Opinion by Woodward, J. (See ante, pp. 391, 946.) All concurred, except Kellogg, P. J., who dissented in memorandum in which Lyon, J., concurred. The court disapproves of the finding that the plaintiff was a dependent relative of the deceased member who at the time of her death was dependent in whole or in part upon her.